IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Michele R | Case Number: 05 B 32949 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 8/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 5, 2008
Confirmed: October 17, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 55,899.30 | |
| Secured: | | 42,639.82 |
| Unsecured: | | 5,641.52 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,852.27 |
| Other Funds: | | 2,065.69 |
| Totals: | 55,899.30 | 55,899.30 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 34,262.00 | 34,262.00 |
| 3. | Economy Furniture & Interiors Inc | Secured | 431.06 | 431.06 |
| 4. | Mortgage Electronic Registration Sys | Secured | 6,882.66 | 6,882.66 |
| 5. | Dolton Department of Water | Secured | 1,064.10 | 1,064.10 |
| 6. | Nicor Gas | Unsecured | 960.39 | 960.39 |
| 7. | T Mobile USA | Unsecured | 154.25 | 154.25 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 570.00 | 570.00 |
| 9. | Capital One | Unsecured | 1,688.97 | 1,688.97 |
| 10. | SBC | Unsecured | 1,043.06 | 1,043.06 |
| 11. | Melanie Fitness Center | Unsecured | 256.00 | 256.00 |
| 12. | B-Line LLC | Unsecured | 968.85 | 968.85 |
| 13. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Illinois Indiana EMI Med Serv | Unsecured | | No Claim Filed |
| 18. | CB USA | Unsecured | | No Claim Filed |
| 19. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 50,981.34 | $ 50,981.34 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 907.02 |
| 5% | 246.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Michele R | Case Number: 05 B 32949 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 8/19/05 |

|  |  |
|---|---:|
| 4.8% | 512.31 |
| 5.4% | 1,112.65 |
| 6.5% | 74.00 |
| | _____ |
| | $ 2,852.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____